## Attachment to Civil Cover Sheet
*Curiale v. A Clemente, et al.*

**I. (a) – DEFENDANTS**

    A CLEMENTE, INC.

    ANTHONY CLEMENTE, INC.

    SOLVAY SPECIALTY POLYMERS, USA, LLC

    SOLVAY SOLEXIS, INC.

    ARKEMA, INC.

    E. I. DU PONT DE NEMOURS AND COMPANY

    THE CHEMOURS COMPANY

    THE CHEMOURS COMPANY FC, LLC

    CAMDEN COUNTY ENERGY RECOVERY ASSOCIATES LP

    CAMDEN COUNTY ENERGY RECOVERY CORP.

    FOSTER WHEELER CAMDEN COUNTY INC.

    COVANTA CAMDEN GP, LLC

    THE 3M COMPANY

    JOHN DOE ENTITIES #1-20

**I. (c) – PLAINTIFF'S ATTORNEYS**

    **PHILLIPS & PAOLICELLI, LLP**
    Steven Phillips, Esq.
    Victoria E. Phillips, Esq.
    Melissa Stewart, Esq.
    747 3rd Avenue, 6th Floor
    New York, New York, 10017
    Phone: 212-388-5100

    **COONEY & CONWAY**
    Kevin Cooney, Esq.
    Michael Lubeck, Esq.
    120 N. Lasalle Street, Suite 3000
    Chicago, Illinois 60602
    Phone: 312-236-6166

**SZAFERMAN LAKIND BLUMSTEIN & BLADER, P.C.**
Arnold Lakind, Esq.
Robert Lytle, Esq.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08534
Phone: 609-275-0400

I. (c)   **DEFENDANTS' ATTORNEYS**

**McCARTER & ENGLISH LLP**
Lanny S. Kurzweil, Esq.
Ryan A. Richman, Esq.
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: 973-639-2044
   *E. I. du Pont de Nemours and Company,*
   *The Chemours Company, and*
   *The Chemours Company FC, LLC*

**ANTHONY CLEMENTE, INC.**
There is no known address for these defunct entities.
   *A Clemente, Inc. and Anthony Clemente, Inc.*

**PAUL WEISS**
Crystal L. Parker, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064
   *Solvay Specialty Polymers, USA, LLC*
   *and Solvay Solexis, Inc.*

**STEPTOE & JOHNSON**
Robert Shuftan, Esq.
227 West Monroe Street, Suite 4700
Chicago, IL  60606
      *Arkema, Inc.*

**GREENBAUM ROWE SMITH & DAVIS LLP**
John North, Esq.
99 Wood Avenue South
Iselin, New Jersey  08830
      *Arkema, Inc.*

**BEVERIDGE & DIAMOND, P.C.**
Michael G. Murphy
Katrina M. Krebs (admitted pro hac vice)
477 Madison Avenue, 15th Floor
New York, New York 10022

James B. Slaughter (admitted pro hac vice)
1900 N. Street, NW, Suite 100
Washington, DC 20036
    *Camden County Energy Recovery Associates LP and Covanta Camden GP, LLC*

**CONNELL FOLEY LLP**
Timothy E. Corriston, Esq.
56 Livingston Avenue
Roseland, NJ 07068
    *AMEC Foster Wheeler Power Systems, Inc., successor-by-merger to Camden County Energy Recovery Corp., which is the successor-by-merger to Foster Wheeler Camden County, Inc.*

**MAYER BROWN**
Andrew J. Calica, Esq.
1221 Avenue of the Americas
New York, NY 10020-1001
    *3M Company*

**BRESSLER, AMERY & ROSS**
Donald J. Camerson, Esq.
325 Columbia Turnpike
Suite 301
Florham Park, NJ  07932
    *3M Company*

VIII.    **RELATED CASE(S)**

*Kimberly Bond, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,
No. 1:20-cv-08487-NLH-AMD

*Slusser, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,
No. 1:20-cv-11393-NLH-AMD

*Deese, et al. v. Solvay Specialty Polymers USA, LLC, et al.*,
No. 1:21-cv-00217-NLH-AMD

*Corrar v. Solvay Specialty Polymers USA, LLC, et al.,*
No. 1:21-cv-00452-NLH-AMD

*Shirley Bond v. Solvay Specialty Polymers USA, LLC, et al.,*
No. 1:21-cv-11203-NLH-AMD

*Nicole Bond v. Solvay Specialty Polymers USA, LLC, et al.*
No. 1:21-cv-20755-NLH-AMD

*Philipp, et al. v. Solvay Specialty Polymers USA, LLC, et al.,*
No. 1:22-cv-00395-NLH-AMD

*Albritton v. Solvay Specialty Polymers USA, LLC, et al.,*
No.: 1:22-cv-00397-NLH-AMD

*Allen v. Solvay Specialty Polymers USA, LLC, et al.,*
No. 1:22-cv-00396-NLH-AMD

*Mesogianes, et al. v. Solvay Specialty Polymers USA, LLC, et al.,*
No. 1:22-cv-00394-NLH-AMD

*Kimberly Bond, et al. v. Solvay Specialty Polymers USA, LLC, et al.,*
No. 1:22-cv-01115-NLH-AMD

*Medford, et al. v. A Clemente, et al.,*
No. 1:22-cv-02347-NLH-AMD

*Wilson, et al. v. Solvay Specialty Polymers USA, LLC, et al.,*
No. 1:22-cv-02379-NLH-AMD

*Leptien v. A Clemente, Inc., et al.,*
No. 1:22-cv-04609-NLH-AMD

*Kulik v. A Clemente, Inc., et al.,*
No. 1:22-cv-04610-NLH-AMD

*Baker v. A Clemente, Inc., et al.*
No. 1:22-cv-04611-NLH-AMD